**ORDR**
James D. Carraway (Nev. Bar #7642)
CARRAWAY & ASSOCIATES, LLC
7674 W. Lake Mead Blvd., Suite 215
Las Vegas, Nevada 89128
Tel. (702) 632-1580

J. Randall Jones (Nev. Bar #1927)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89109
Tel. (702) 385-6000

Robert C. Maddox (Nev. Bar #4002)
MADDOX, ISAACSON & CISNEROS, LLP
3811 West Charleston Blvd. #110
Las Vegas, Nevada 89102
Tel. (702) 366-1900

Scott K. Canepa (Nev. Bar #4556)
CANEPA RIEDY & RUBINO
851 South Rampart Blvd. #160
Las Vegas, Nevada 89145
Tel. (702) 304-2335

Francis I. Lynch (Nev. Bar #4515)
LYNCH, HOPPER & SALZANO, LLP
1640 Alta Drive., #11
Las Vegas, Nevada 89106
Tel. (702) 868-1115

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WATERFALL HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, individually and in its representative capacity: RED BLUFFS AT THE CROSSINGS OWNERS ASSOCIATION, INC., a Nevada non-profit corporation, individually and in its representative capacity; ROE HOMEOWNER/CONDOMINIUM/COMMUNITY ASSOCIATIONS 1-10,000; and DOE HOMEOWNERS 1 – 250,000,<br><br>Plaintiffs, | Case No. 2:11-cv-01498<br><br>ORDER TO APPOINT SPECIAL PROCESS SERVICE |

1

1 | vs.

2 | VIEGA, INC., a Delaware corporation; VIEGA, LLC., a Delaware limited liability company; VG PIPE, LLC., a Delaware corporation; VANGUARD PIPING SYSTEMS, INC., a Kansas corporation; VANGUARD INDUSTRIES, INC., a Delaware corporation, VIEGA GMBH & CO. KG, a Germany company; VIEGA INTERNATIONAL GMBH, a Germany company; UPONOR CORPORATION, a Finnish corporation; UPONOR Corp., a Foreign corporation; UPONOR, INC., an Illinois corporation; WIRSBO COMPANY, an Illinois company; UPONOR WIRSBO COMPANY, an Illinois company; CENTEX HOMES, a Nevada general partnership; DYNAMIC PLUMBING SYSTEMS, INC. OF NEVADA., a Nevada corporation; INTERSTATE PLUMBING AND AIR CONDITIONING, INC., a Nevada corporation; INTERSTATE PLUMBING AND AIR CONDITIONING, LLC, a Nevada limited liability company; INTERSTATE SERVICES, a Clark County, Nevada, fictitious form name of INTERSTATE PLUMBING AND AIR CONDITIONING, LLC, A Nevada limited liability company, and JAMES MANNING, an individual; DOE INDIVIDUALS 1- 20,000; and ROE BUSINESS or GOVERNMENTAL ENTITIES 1- 20,000,

Defendants,

## ORDER TO APPOINT SPECIAL PROCESS SERVICE

**IT IS HEREBY ORDERED,** that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendants VIEGA GMBH & CO. KG, and VIEGA INTERNATIONAL GMBH in Germany. Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or

///

///

///

///

2

the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

DATED this 25th day of October, 2011.

_____
Honorable Federal Court Judge

Respectfully submitted,

**CARRAWAY & ASSOCIATES, LLC**

By: _____
James D. Carraway, Esq.
Nevada Bar No. 7642
7674 W. Lake Mead Blvd., Suite 215
Las Vegas, Nevada 89128
Co- Counsel for the Plaintiffs