UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WATERFALL HOMEOWNERS ASSOCIATION et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VIEGA, INC. et al., <br><br> Defendants. | 2:11-cv-01498-RCJ-GWF <br><br> **ORDER** |

In a recent order, the Court stated that it had certified the issue of the viability of a strict liability claim in a related "yellow brass" case to the Nevada Supreme Court. Plaintiffs have asked the Court to clarify, since there does not appear to have been any certification. The cited language was in error. The Court has not certified that question and does not intend to certify it.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Clarification (ECF No. 128) is GRANTED, and the following sentence found on lines 15–16 of page 6 of the Order (ECF No. 127) is STRICKEN: "The Court has already certified the question to the Nevada Supreme Court in another case."

IT IS SO ORDERED.

Dated this 24th day of January, 2013.

_____
ROBERT C. JONES
United States District Judge